DEC 10 2025 PM 4:25
FILED - USDC - NDTX - LU

5:25-CV-244

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

KEVIN N. BASS, Ph.D.,
Plaintiff,

v.

TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER, et al.,
Defendants.

Civil Action No.

**Use of Generative Artificial Intelligence**

Portions of this filing were prepared with the assistance of a generative AI tool (ChatGPT). Plaintiff has reviewed and verified all AI-assisted content.

PLAINTIFF'S NOTICE REGARDING USE OF GENERATIVE ARTIFICIAL INTELLIGENCE IN OBJECTIONS AND BRIEF IN SUPPORT

Plaintiff Kevin N. Bass, Ph.D., proceeding pro se, files this Notice pursuant to Local Civil Rule 7.2(f) regarding his "Objections to the Magistrate Judge's Findings, Conclusions, and Recommendation Regarding Preliminary Injunctive Relief, and Brief in Support" (ECF No. 8) (the "Objections and Brief").

Plaintiff advises the Court that he used a generative AI tool (ChatGPT) to assist with drafting portions of the Objections and Brief, including help with organization and wording of arguments. Plaintiff has reviewed and verified all AI-assisted content.

When Plaintiff filed the Objections and Brief, he was unfamiliar with the September 3, 2024 amendment to Local Civil Rule 7.2(f), which requires that any brief prepared with generative artificial intelligence disclose that fact on the first page under the heading "Use of Generative Artificial Intelligence." After learning of this requirement, Plaintiff prepared and filed this Notice to correct the record and to ensure full candor with the Court.

Plaintiff affirms that he has personally reviewed the Objections and Brief and has independently verified all factual statements and legal citations against his own evidence and traditional legal sources. No case citation or quoted authority in the Objections and Brief is relied on without independent verification.

This Notice does not change the arguments, requests for relief, or evidentiary record presented in the Objections and Brief. It is filed solely to comply with Local Civil Rule 7.2(f) and to clarify that Plaintiff does not certify that the Objections and Brief were prepared without generative AI assistance.

On the same day this Notice is filed, Plaintiff is also serving the summons, Verified Complaint, the Objections and Brief (ECF No. 8), the corrected appendix, and the related notices on all named Defendants by methods permitted under Federal Rule of Civil Procedure 4. Plaintiff will file proofs of service when they are available.

Dated: December 8, 2025

Respectfully submitted,

/s/ Kevin Norris Bass
Kevin Norris Bass, Ph.D.
Plaintiff, pro se
3815 130th St. Apt 511
Lubbock, TX 79423
Phone: 512-333-4092
Email: kbassphiladelphia@gmail.com

**Certificate of Service**

I certify that on December 8, 2025, I served a true and correct copy of this Notice, the Notice of Filing Corrected Appendix and corrected appendix, the Objections and Brief (ECF No. 8), and the summons and Verified Complaint on all named Defendants by methods permitted under Federal Rule of Civil Procedure 4. Plaintiff will file proofs of service when they are available.

/s/ Kevin Norris Bass
Kevin Norris Bass, Ph.D.