UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

KEVIN N. BASS,

 Plaintiff,

v.

No. 5:25-CV-244-H

TEXAS TECH UNIVERSITY
HEALTH SCIENCES CENTER, et al.,

 Defendants.

## ORDER

 Before the Court is Kevin N. Bass's motion for a preliminary injunction. Dkt. No. 1 at 12. The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that the Court deny Bass's motion for a preliminary injunction for failing to comply with Federal Rule of Civil Procedure 65(a)'s notice requirement and for failing to identify an irreparable harm. *See* Dkt. No. 7. After the objection deadline expired, Bass filed an objection to the FCR with attachments. Dkt. Nos. 8; 11–13.

 However, Bass has now filed an amended complaint that contains a new motion for a preliminary injunction. Dkt. No. 14 at 18. In light of the new motion, the Court denies Bass's original motion (Dkt. No. 1 at 12) as moot.

 So ordered on December 18, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE